UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:17-CR-4-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 44) |
| JAMES CALVIN BROOKS | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 44 (Medical Records) be sealed until further notice by this Court.

This **11** day of **May**, 2022.

JAMES C. DEVER III
United States District Judge